## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MISTY S. COLEMAN**                                                                        **PLAINTIFF**

**v.**                                    **Case No. 5:18-cv-00166-KGB**

**ARKANSAS DIVISION**
**OF CORRECTION**                                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date it is considered, ordered, and adjudged that judgment is entered in favor of defendant Arkansas Division of Correction on all of plaintiff Misty S. Coleman's claims (Dkt. No. 2). The Court dismisses Ms. Coleman's claims with prejudice; the relief requested is denied.

So adjudged this 23rd day of September, 2021.

Kristine G. Baker
United States District Judge